UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILLIP L. DICK,

                  Plaintiff,

   v.

RUTH A. DICK, a/k/a RUTH A. CARAVAS, a/k/a RUTH A. BROWN,

                  Defendants.

No. C10-5536 RBL/KLS

**REPORT AND RECOMMENDATION**
**Noted For:  November 12, 2010**

This civil rights action has been referred to the undersigned United States Magistrate Judge Karen L. Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.

It has been more than sixty days since the court's latest mailings to Plaintiff were returned and the court does not have a current address for the Plaintiff.  Therefore, the undersigned recommends that the court dismiss this action as Plaintiff appears to have abandoned his case.

**DISCUSSION**

On August 3, 2010, Plaintiff filed a motion for leave to proceed *in forma pauperis* and a proposed civil rights complaint.  ECF No. 1.  On August 4, 2010, the Clerk of Court sent a letter to Plaintiff advising him that his application to proceed *in forma pauperis* was deficient.  ECF No. 2.  The letter was mailed to the Plaintiff at his last known mailing address at the Airway Heights Corrections Center (AHCC).  *Id.*  The mail was returned as "undeliverable," "Offender not at AHCC."  ECF No. 3.

REPORT AND RECOMMENDATION - 1

Plaintiff has not notified the court of his current address.  Local Rule 41(b)(2) states:

> A party proceeding pro se shall keep the court and opposing parties advised as to his current address.  If mail directed to a pro-se plaintiff by the clerk is returned by the post office, and if such plaintiff fails to notify the court and opposing parties within sixty days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute.

This action has existed more than sixty days without a current address for the Plaintiff.  Dismissal without prejudice for failure to prosecute is appropriate.  Accordingly, the undersigned recommends **DISMISSAL WITHOUT PREJUDICE** for failure to prosecute pursuant to Local Rule 41(b)(2).

## CONCLUSION

The Court should dismiss this action without prejudice as Plaintiff has left no forwarding address and appears to have abandoned the case.

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections.  *See also* Fed. R.Civ.P. 6.  Failure to file objections will result in a waiver of those objections for purposes of appeal.  *Thomas v. Arn*, 474 U.S. 140 (1985).  Accommodating the time limit imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **November 12, 2010**, as noted in the caption.

DATED this  25th  day of October, 2010.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2