UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILLIP L. DICK,

                  Plaintiff,

    v.

RUTH A. DICK, a/k/a RUTH A. CARAVAS, a/k/a RUTH A. BROWN,

                  Defendant.

No. C10-5536 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b)(2) of the Federal Rules of Civil Procedure.

(3)    The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 12th day of November, 2010.

                                              /s/ Ronald B. Leighton
                                              RONALD B. LEIGHTON
                                              UNITED STATES DISTRICT JUDGE

ORDER - 1